Nos. 23-35560, 23-35585

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,

*Plaintiff-Appellant/Cross-Appellee*,

v.

MYRON KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington, AKA Mike Kreidler; JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,

*Defendants-Appellees/Cross-Appellants*.

On Appeal from the United States District Court for the Western District of Washington / Civil Case No. 3:19-cv-05181-BHS

**APPELLANT/CROSS-APPELLEE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR REHEARING EN BANC**

KRISTEN K. WAGGONER
JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
kwaggoner@ADFlegal.org
jbursch@ADFlegal.org

JAMES A. CAMPBELL
KEVIN H. THERIOT
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85250
(480) 444-0020
jcampbell@ADFlegal.org
ktheriot@ADFlegal.org

DAVID A. CORTMAN
RORY T. GRAY
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org
rgray@ADFlegal.org

*Counsel for Plaintiff-Appellant/Cross-Appellee*

Appellant/Cross-Appellee Cedar Park Assembly of God of Kirkland, Washington respectfully requests an extension of time in which to file a Petition for Rehearing En Banc. Absent an extension, the petition would be due on March 20, 2025, pursuant to Federal Rule of Appellate Procedure 40(d). Appellant requests an additional 14 days, or until April 3, 2025, in which to file the petition.

On the morning of March 10, 2025, counsel for Cedar Park contacted opposing counsel to determine Defendants-Appellees/Cross-Appellants' position on this motion. As of the date and time of the motion's filing, counsel for Cedar Park has not received a response.

This request for an extension is based upon the numerous litigation deadlines of Appellant/Cross-Appellees' counsel as follows:

- Opening brief on March 11, 2025, in the U.S. Court of Appeals for the Second Circuit, *University at Buffalo Young Americans for Freedom v. University at Buffalo Student Association*, Case No. 25-140;

- Reply brief in support of cert. petition on March 11, 2025, in the U.S. Supreme Court, *First Choice Women's Resource Centers v. Platkin*, Case No. 24-781;

- Response brief on March 17, 2025, in the U.S. Court of Appeals for the Second Circuit, *NIFLA v. James*, Case No. 24-2481;

2

- Merits reply brief on March 24, 2025, in the U.S. Supreme Court, *Medina v. Planned Parenthood South Atlantic*, Case No. 23-1275;

- Amicus curiae brief on March 24, 2025, in the Tenth Circuit, *Alliance of Health Care Sharing Ministries v. Conway*, Case No. 25-1035.

- Merits reply brief on March 28, 2025, in the Supreme Court of New York, Appellate Division, First Department, *Funti v. Andrews*, Case No. 365586/2021;

- Oral argument on April 2, 2025, in the U.S. Supreme Court, *Medina v. Planned Parenthood South Atlantic*, Case No. 23-1275;

- Merits brief and appendix currently due April 24, 2025, in the U.S. Supreme Court, *Chiles v. Salazar*, Case No. 24-539.

Cedar Park makes this request is made in good faith and not for purposes of delay.

Wherefore, Appellant/Cross-Appellee Cedar Park respectfully requests this Court grant the requested extension of time until April 3, 2025, in which to file the Petition for Rehearing En Banc.

3

Date: March 12, 2025          Respectfully submitted,

                                        */s/ Rory T. Gray*

DAVID A. CORTMAN                  KRISTEN K. WAGGONER
RORY T. GRAY                         JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM    ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd, NE       440 First Street, NW
Suite D-1100                         Suite 600
Lawrenceville, GA 30043            Washington, DC 20001
(770) 339-0774                      (202) 393-8690
dcortman@ADFlegal.org            kwaggoner@ADFlegal.org
rgray@ADFlegal.org                jbursch@ADFlegal.org

                                        JAMES A. CAMPBELL
                                        KEVIN H. THERIOT
                                        ALLIANCE DEFENDING FREEDOM
                                        15100 N. 90th Street
                                        Scottsdale, AZ 85260
                                        (480) 444-0020
                                        jcampbell@ADFlegal.org
                                        ktheriot@ADFlegal.org

*Counsel for Appellant/Cross-Appellee*

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Fed. R. App. P. 27(d) and 9th Circuit Rule 27-1(1)(d) because the motion does not exceed 20 pages.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Rory T. Gray*
Rory T. Gray
*Counsel for Plaintiff/Cross-Appellee*

Dated: March 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate CM/ECF system on March 12, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Appellate CM/ECF system.

                                                    */s/ Rory T. Gray*
                                                    Rory T. Gray
                                                    *Counsel for Appellant/Cross-Appellee*