**FILED**

APR 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>MYRON KREIDLER, AKA Mike Kreidler, in his official capacity as Insurance Commissioner for the State of Washington; JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,<br><br>        Defendants-Appellees. | No.   23-35560<br><br>D.C. No. 3:19-cv-05181-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>MYRON KREIDLER, AKA Mike Kreidler, in his official capacity as Insurance Commissioner for the State of Washington; JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,<br><br>        Defendants-Appellants. | No.   23-35585<br><br>D.C. No. 3:19-cv-05181-BHS |

Before: GRABER, CALLAHAN, and KOH, Circuit Judges.

Defendants-Appellees/Cross-Appellants are directed to file a response to Plaintiff-Appellant/Cross-Appellee's petition for rehearing en banc, Docket No. 113, filed April 3, 2025. The response shall not exceed 15 pages and shall be filed within 21 days of the date of this order.