UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, <br><br> Plaintiff – Appellant/ Cross-Appellee, <br><br> v. <br><br> MYRON KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington, AKA Mike Kreidler and JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington, <br><br> Defendants – Appellees/ Cross-Appellants. | Nos. 23-35560, 23-35585 <br><br> D.C. No. 3:19-cv-05181-BHS <br> U.S. District Court for Western Washington, Tacoma <br><br> **ORDER** |

The amicus brief submitted on April 14, 2025 by Eric Nieuwenhuis Kniffin is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT