**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, *Plaintiff-Appellant/ Cross-Appellee*, v. PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington; ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *Defendants-Appellees/ Cross-Appellants*. | Nos. 23-35560      23-35585 D.C. No. 3:19-cv-05181-BHS ORDER |

Filed July 29, 2025

Before: Susan P. Graber, Consuelo M. Callahan, and Lucy H. Koh, Circuit Judges.

## ORDER

The Opinion filed March 6, 2025, and appearing at 130 F.4th 757 (9th Cir. 2025), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. Oral argument will be scheduled by separate order, and the court will file a new opinion in due course. Because the court's opinion is withdrawn, the petition for rehearing en banc is DENIED as moot. Once a new opinion is filed, further petitions for rehearing and rehearing en banc may be filed.