UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>Plaintiff-Appellant/<br>Cross-Appellee,<br><br>v.<br><br>PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington; BOB FERGUSON, in his official capacity as Governor of the State of Washington,<br><br>Defendants-Appellees/<br>Cross-Appellants. | No.   23-35560<br>        23-35585<br><br>D.C. No. 3:19-cv-05181-BHS<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Before:  GRABER, CALLAHAN, and KOH, Circuit Judges.

The United States Supreme Court has granted certiorari in St. Mary Catholic Parish v. Roy, No. 25-581, with respect to the following issue:  "Whether proving a lack of general applicability under Employment Division v. Smith requires showing unfettered discretion or categorical exemptions for identical secular conduct."[1]  The parties are directed to file simultaneous letter briefs informing the

---

[1] The Court also granted certiorari with respect to the issue "[w]hether Carson v. Makin displaces the rule of Employment Division v. Smith only when the government explicitly excludes religious people and institutions."

panel whether they agree or disagree with our deferring a decision in these cases pending a decision from the Supreme Court in <u>St. Mary Catholic Parish</u>, and why.

The letter briefs shall be filed within 21 days from the filing date of this order and shall not exceed 1,000 words.