UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, | Nos. 23-35560, 23-35585 |
| Plaintiff – Appellant/ Cross-Appellee, | D.C. No. 3:19-cv-05181-BHS U.S. District Court for Western Washington, Tacoma |
| v. | **ORDER** |
| PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington and BOB FERGUSON, in his official capacity as Governor of the State of Washington, | |
| Defendants – Appellees/ Cross-Appellants. | |

The letter brief submitted on May 14, 2026 by Cedar Park Assembly of God of Kirkland, Washington is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT