UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CEDAR PARK ASSEMBLY OF GOD
OF KIRKLAND, WASHINGTON,

        Plaintiff – Appellant/
Cross-Appellee,

  v.

PATTY KUDERER, in her official
capacity as Insurance Commissioner for
the State of Washington and BOB
FERGUSON, in his official capacity as
Governor of the State of Washington,

        Defendants – Appellees/
Cross-Appellants.

Nos. 23-35560, 23-35585

D.C. No. 3:19-cv-05181-BHS
U.S. District Court for Western
Washington, Tacoma

**ORDER**

The letter brief submitted on May 14, 2026 by Patty Kuderer and Bob

Ferguson is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT