**NOS. 23-35560, 23-35585**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,
*Plaintiff-Appellant / Cross-Appellee*,

v.

PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington; BOB FERGUSON, in his official capacity as Governor of the State of Washington,
*Defendants-Appellees / Cross-Appellants*.

---

On Appeal from the United States District Court for the Western District of Washington / Civil Case No. 3:19-cv-05181-BHS

---

# APPELLANT/CROSS-APPELLEE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR REHEARING EN BANC

---

KRISTEN K. WAGGONER
JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
kwaggoner@ADFlegal.org
jbursch@ADFlegal.org

JAMES A. CAMPBELL
KEVIN H. THERIOT
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jcampbell@ADFlegal.org
ktheriot@ADFlegal.org

DAVID A. CORTMAN
RORY T. GRAY
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org
rgray@ADFlegal.org

*Counsel for Plaintiff-Appellant / Cross-Appellee*

Appellant/Cross-Appellee Cedar Park Assembly of God of Kirkland, Washington respectfully requests an extension of time in which to file a Petition for Rehearing En Banc. Absent an extension, the petition would be due on September 28, 2026, pursuant to Federal Rule of Appellate Procedure 40(d). Appellant requests an additional 14 days, or until October 12, 2026, in which to file the petition.

Counsel for Cedar Park contacted opposing counsel to determine Defendants-Appellees/Cross-Appellants' position on this motion. Counsel for Defendants-Appellees/Cross-Appellants consented to Cedar Park's requested extension.

This request for an extension is based upon the numerous litigation deadlines of Appellant/Cross-Appellees' counsel as follows:

- Amicus brief on September 18, 2026, in the Nebraska Supreme Court, *Ullman v. Schafer*, Case No. S-26-0753;
- Reply in support of emergency motion for injunction pending appeal on September 21, 2026, in the U.S. Court of Appeals for the Ninth Circuit, *Brown v. Washington Interscholastic Activities Association*, No. 26-5488;
- Opening brief on September 22, 2026, in the U.S. Court of Appeals for the Ninth Circuit, *Brown v. Washington Interscholastic Activities Association*, No. 26-5488;
- Argument on September 22, 2026, in the U.S. Court of Appeals for the Ninth Circuit, *Seyb v. Labrador/Prosecuting Attorney*, Case Nos. 26-5360 & 26-5558;

- Argument on September 22, 2026, in the U.S. Court of Appeals for the Second Circuit, *Mid Vermont Christian School v. Saunders*, No. 26-1416;

- Hearing on September 28, 2026, in the U.S. District Court for the District of Minnesota, *Female Athletes United v. Ellison*, Case No. 25-cv-215;

- En banc argument on September 29, 2026, in the U.S. Court of Appeals for the Ninth Circuit, *Union Gospel Mission of Yakima Washington v. Brown*, Case No. 24-7246.

Cedar Park makes this request in good faith and not for purposes of delay.

Wherefore, Appellant/Cross-Appellee Cedar Park respectfully requests this Court grant the requested extension of time until October 12, 2026, in which to file the Petition for Rehearing En Banc.

Date: September 17, 2026

Respectfully submitted,

*/s/ Rory T. Gray*

DAVID A. CORTMAN
RORY T. GRAY
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd, NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org
rgray@ADFlegal.org

KRISTEN K. WAGGONER
JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM
440 First Street, NW
Suite 600
Washington, DC 20001
(202) 393-8690
kwaggoner@ADFlegal.org
jbursch@ADFlegal.org

JAMES A. CAMPBELL
KEVIN H. THERIOT
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jcampbell@ADFlegal.org
ktheriot@ADFlegal.org

*Counsel for Appellant/Cross-Appellee*

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Fed. R. App. P. 27(d) and 9th Circuit Rule 27-1(1)(d) because the motion does not exceed 20 pages.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Rory T. Gray*
Rory T. Gray
*Counsel for Appellant/Cross-Appellee*

Dated: September 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate CM/ECF system on September 17, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Appellate CM/ECF system.

*/s/ Rory T. Gray*
Rory T. Gray
*Counsel for Appellant/Cross-Appellee*