UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,

Plaintiff - Appellant,

v.

PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington and BOB FERGUSON, in his official capacity as Governor of the State of Washington,

Defendants - Appellees.

No. 23-35560

D.C. No. 3:19-cv-05181-BHS
U.S. District Court for Western Washington, Tacoma

**MANDATE**

CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,

Plaintiff - Appellee,

v.

PATTY KUDERER, in her official capacity as Insurance Commissioner for the State of Washington, AKA Mike Kreidler and BOB FERGUSON, in his official capacity as Governor of the State of Washington,

Defendants - Appellants.

No. 23-35585

D.C. No. 3:19-cv-05181-BHS
U.S. District Court for Western Washington, Tacoma

The judgment of this Court, entered September 14, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT